**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,      :   No. 40 WAL 2020
                                                                        :
              Respondent                    :
                                                                        :   Petition for Allowance of Appeal
                                                                        :   from the Order of the Superior Court
          v.                                          :
                                                                        :
                                                                        :
AMIRAE JAMAL BENTON,                         :
                                                                        :
           Petitioner                       :

## ORDER

**PER CURIAM**

      **AND NOW**, this 26th day of May, 2020, the Petition for Allowance of Appeal is **DENIED**.